■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRK CALDWELL, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on or about April 28, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Milonas, J. P., Rosenberger, Asch, Kassal and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN CORBETT, Appellant.—Judgment, Supreme Court, Bronx County (Bernard Fried, J.), rendered on or about No-